Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
ssheridan@beneschlaw.com

Attorneys for Defendant J. CREW GROUP, LLC

## IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI CALDERON and EVGUENIA BABAEVA, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>J. CREW GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. 5:23-cv-01695<br><br>**PROOF OF SERVICE**<br><br>[Originally Santa Clara Superior Court Case No. 23CV409957] |

# PROOF OF SERVICE

I, Jessica Landers, am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is Benesch, Friedlander, Coplan & Aronoff LLP, 100 Pine Street, Suite 3100, San Francisco, CA 94111.

On April; 7, 2023, I served the following documents:

**NOTICE OF REMOVAL;**

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

on the parties listed in the below service list to the within action as follows:

☒ (BY ELECTRONIC SERVICE) On the same day, I personally electronically served from my electronic address jlanders@beneschlaw.com in "PDF" format, the document(s) described above, to the individual(s) stated above to their known email/electronic addresses as shown below. The transmission was reported as complete and without error. (Fed. R. Civ. P. 5(b), N.D. Cal. Civil L.R 5-5.)

The document(s) listed above was (were) served electronically and the transmission was reported as complete and without error. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Fed. R. Civ. P. 5(b), N.D. Cal. Civil L.R 5-5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2023, at San Francisco, California.

Jessica Landers

## SERVICE LIST

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7142
Facsimile: (212) 989-9163
Email: mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*