1  **BURSOR & FISHER, P.A.**
   Neal J. Deckant (State Bar No. 322946)
2  1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   Email: ndeckant@bursor.com
5
6  *Attorneys for Plaintiff*

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | | |
|---|---|
| EVGUENIA BABAEVA, individually and on behalf of all others similarly situated, | Case No.: 4:23-CV-01695-JSW |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge: Hon. Jeffrey S. White |
| J. CREW GROUP, LLC, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Evguenia Babaeva voluntarily dismisses this action without prejudice.

Dated: January 19, 2024          **BURSOR & FISHER, P.A.**

By:  /s/ *Neal J. Deckant*

Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

*Attorneys for Plaintiff*